# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In Re:  
PATRICIA A GILMORE

Case No. 2016-31034-GMH-13

Debtor

Chapter 13  
**ORDER OF DISMISSAL**

Upon the Certification of Jennifer K. Marchinowski, Staff Attorney for Rebecca R. Garcia, Chapter 13 Standing Trustee, indicating that the debtor has failed to make payments as required under prior Order of the Court;

IT IS HEREBY ORDERED:

That this case shall be dismissed effective immediately

**Rebecca R. Garcia**  
**Chapter 13 Standing Trustee**  
**P O Box 3170**  
**Oshkosh, WI 54903-3170**  
**920.231.2150**  
**Fax 920.231.5713**  
**E-mail info@ch13oshkosh.com**

####